## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**JOSEPH CELESTINE**

      Plaintiff

-v-

**JPMORGAN CHASE BANK, N.A.**

      Defendant.

_____/

# <u>EXHIBIT 1</u>

# JOSEPH CELESTINE FIRST LETTER TO CHASE

JOSEPH L. CELESTINE

1945 SW 22 AVE

MIAMI, FL 33145

DATE 3/18/2015

**ATTN:**

**Experian**
P.O. Box 9701
Allen, TX 75013

I believe the item account amount mentioned $38,167.00 is incorrect.  There were never any payments made to JPM CHASE therefore account should show NO DATA or DERAGATORY as of 6/1/2008 if account is legitimate. This account does not belong to me. Please remove all indicated items in this letter from my credit report as they are all incorrect. I would like to know the exact process used by Experian your bureau to verify this account.

> Items:
> 1. JPM CHASE, Account #XX86SM0XXXX: Education Loan/Installment
>    PO BOX 7013 INDIANAPOLIS, IN 46207

Please provide me with a description of the investigation procedure for all indicated items. Please provide me with the source of information for all indicated items. Please send me all information in my consumer file. Please send me an updated copy of my credit report. Thank you for your cooperation in advance.

Also, please do not put my report on any kind of Fraud Alert.

Sincerely,

Joseph L. Celestine

S.S # 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

P.S.  Please find enclosed a copy of my Driver's License and Social Security card to verify identity.

Enc.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

ALLEN TX 75013   **OFFICIAL USE**

| | | | |
|---|---|---|---|
| Postage | $ | $0.49 | 0130 |
| Certified Fee | | $3.30 | 11 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $3.79 | 03/18/2015 |

Sent To
*EXPERIAN*

Street & Apt. No., or PO Box No.
*P.O. BOX 9701*

City, State, ZIP+4
*ALLEN TX 75013*

PS Form 3800, July 2014                    See Reverse for Instructions

7014 2870 0002 1898 8906

JOSEPH L. CELESTINE

1945 SW 22 AVE

MIAMI, FL 33145

DATE 3/18/2015

**ATTN:**

**Equifax Credit Information Services, Inc.**
P.O. Box 740256
Atlanta, GA 30374

I believe the item account amount mentioned $38,167.00 is incorrect. There were never any payments made to JPM CHASE therefore account should show NO DATA or DERAGATORY as of 6/1/2008 if account is legitimate. This account does not belong to me. Please remove all indicated items in this letter from my credit report as they are all incorrect. I would like to know the exact process used by Equifax Credit Information Services, Inc. your bureau to verify this account.

Items:
1. JPM CHASE, Account #XX86SM0XXXX: Education Loan/Installment
   PO BOX 7013 INDIANAPOLIS, IN 46207

Please provide me with a description of the investigation procedure for all indicated items. Please provide me with the source of information for all indicated items. Please send me all information in my consumer file. Please send me an updated copy of my credit report. Thank you for your cooperation in advance.

Also, please do not put my report on any kind of Fraud Alert.

Sincerely,

Joseph L. Celestine

S.S # 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

P.S. Please find enclosed a copy of my Driver's License and Social Security card to verify identity.

Enc.



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

ATLANTA GA 30374        OFFICIAL USE

| | | |
|---|---|---|
| Postage | $  $0.49 | 0130 |
| Certified Fee | $3.30 | 11 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $  $3.79 | 03/18/2015 |

Sent To *Equifax Credit Information Services, Inc.*
Street & Apt. No. or PO Box No. *P.O. Box 740256*
City, State, ZIP+4 *ATLANTA, GA 30374*

PS Form 3800, July 2014        See Reverse for Instructions

7014 2870 0002 1898 8944

JOSEPH L. CELESTINE

1945 SW 22 AVE

MIAMI, FL 33145

DATE 3/18/2015

**ATTN:**

**TransUnion, LLC**
P.O. Box 2000
Chester, PA 19022

I believe the item account amount mentioned $36,539.00 is incorrect.  There were never any payments made to JPM CHASE therefore account should show NO DATA or DERAGATORY as of 6/1/2008 if account is legitimate. This account does not belong to me. Please remove all indicated items in this letter from my credit report as they are all incorrect. I would like to know the exact process used by TransUnion, LLC your bureau to verify this account.

Items:
1. JPM CHASE, Account #XX86SM0XXXX: Education Loan/Installment
   PO BOX 7013 INDIANAPOLIS, IN 46207

Please provide me with a description of the investigation procedure for all indicated items. Please provide me with the source of information for all indicated items. Please send me all information in my consumer file. Please send me an updated copy of my credit report. Thank you for your cooperation in advance.

Also, please do not put my report on any kind of Fraud Alert.

Sincerely,

Joseph L. Celestine

S.S # 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

P.S.  Please find enclosed a copy of my Driver's License and Social Security card to verify identity.

Enc.



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

CRUM LYNNE PA 19022

OFFICIAL USE

| | | | |
|---|---|---|---|
| Postage | $ | $0.49 | 0130 |
| Certified Fee | | $3.30 | 11 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $3.79 | 03/18/2015 |

Sent To  *TRANSUNION, LLC*
Street & Apt. No., or PO Box No.  *P.O. Box 2000*
City, State, ZIP+4  *Chester, PA, 19022*

PS Form 3800, July 2014                    See Reverse for Instructions

7014 2870 0002 1898 6890

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**JOSEPH CELESTINE**

      Plaintiff

-v-

**JPMORGAN CHASE BANK, N.A.**

     Defendant.

_____/

# <u>EXHIBIT 2</u>

# JOSEPH CELESTINE SECOND LETTER TO CHASE

JOSEPH L. CELESTINE

1945 SW 22 AVE

MIAMI, FL 33145

DATE 4/24/2015

**ATTN:**
**Experian**
P.O. Box 9701
Allen, TX 75013

To Whom It May Concern,

This letter is a request for a re-investigation and formal notice that you may have failed to correctly and timely respond to my dispute letter of March 18, 2015. I sent this letter registered mail and have enclosed a copy of the return receipt which you signed on March, 24 2015.

Federal Law requires you to respond within 30 days of which you are already in violation of.

I am aware that you may have failed to correctly respond to my letter because of an oversight due to the high volume of the requests you receive daily. If this is the case. I'm sure you'll want to make the necessary corrections. For this purpose. I have included a copy of my original request, so that you may delete this erroneous item from my credit report as soon as possible.

CREDITOR AGENCY - JPM CHASE, Account #XX86SM0XXXX: Education Loan/Installment.  PO BOX 7013 INDIANAPOLIS, IN 46207

Sincerely,

Joseph Celestine

SSN# 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

*Attachments included*



JOSEPH L. CELESTINE

1945 SW 22 AVE

MIAMI, FL 33145

DATE 4/24/2015

**ATTN:**

**Equifax Credit Information Services, Inc.**
P.O. Box 740256
Atlanta, GA 30374

To Whom It May Concern,

This letter is a request for a re-investigation and formal notice that you may have failed to correctly and timely respond to my dispute letter of March 18, 2015.  I sent this letter registered mail and have enclosed a copy of the return receipt which you signed on March 22, 2015.

Federal Law requires you to respond within 30 days of which you are already in violation of.

I am aware that you may have failed to correctly respond to my letter because of an oversight due to the high volume of the requests you receive daily. If this is the case, I'm sure you'll want to make the necessary corrections. For this purpose, I have included a copy of my original request, so that you may delete this erroneous item from my credit report as soon as possible.

CREDITOR AGENCY - JPM CHASE, Account #XX86SM0XXXX: Education Loan/Installment. PO BOX 7013 INDIANAPOLIS, IN 46207

Sincerely,

Joseph Celestine

SSN# 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

*Attachments included*



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.49 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.79 |

Sent To   EQUIFAX
Street & Apt. No., or PO Box No.   P. O. BO 740256
City, State, ZIP+4   ATLANTA, GA, 30374

PS Form 3800, July 2014          See Reverse for Instructions

7014 2120 0000 0374 3002

JOSEPH L. CELESTINE

1945 SW 22 AVE

MIAMI, FL 33145

DATE 4/24/2015

**ATTN:**

**TransUnion, LLC**
P.O. Box 2000
Chester, PA 19022

To Whom It May Concern,

This letter is a request for a re-investigation and formal notice that you may have failed to correctly and timely respond to my dispute letter of March 18, 2015.  I sent this letter registered mail and have enclosed a copy of the return receipt which you signed on March 23, 2015.

Federal Law requires you to respond within 30 days of which you are already in violation of.

I am aware that you may have failed to correctly respond to my letter because of an oversight due to the high volume of the requests you receive daily. If this is the case, I'm sure you'll want to make the necessary corrections. For this purpose, I have included a copy of my original request, so that you may delete this erroneous item from my credit report as soon as possible.

CREDITOR AGENCY - JPM CHASE, Account #XX86SM0XXXX: Education Loan/Installment.  PO BOX 7013 INDIANAPOLIS, IN 46207

Sincerely,

Joseph Celestine

SSN# 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

*Attachments included*



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

CRUM LYNNE PA 19022

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.49 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.79 |

SHENANDOAH BRANCH
Postmark Here
APR 28 2015
MIAMI, FL 33

Sent To  *TRANS UNION*
Street & Apt. No., or PO Box No.  *P.O. BOX 2000*
City, State, ZIP+4  *CHESTER, PA, 19022*

PS Form 3800, July 2014                See Reverse for Instructions

7014 2120 0000 0374 3385

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**JOSEPH CELESTINE**

     Plaintiff

-v-

**JPMORGAN CHASE BANK, N.A.**

    Defendant.

_____/

# <u>EXHIBIT 3</u>

# JOSEPH CELESTINE THIRD LETTER TO CHASE

December 28, 2016

Joseph Celestine
1945 SW 22 Ave
Miami, FL, 33145
SSN:  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   |   DOB:  12/17/1975

Equifax
P.O. Box 740256
Atlanta, GA  30374

According to the Fair Credit Reporting Act, **Section 609 (a)(1)(A), you are required by federal law to verify** - through the physical verification of the original signed consumer contract - any and all accounts you post on a credit report.  Otherwise, anyone paying for your reporting services could fax, mail or email in a fraudulent account.

I demand to see Verifiable Proof (**an original Consumer Contract with my Signature on it**) you have on file of the accounts listed below.  Your failure to positively verify these accounts has hurt my ability to obtain credit.    Under the FCRA, unverified accounts must be removed and if you are unable to provide me a copy of verifiable proof, you must remove the accounts listed below.

**I demand the following accounts be verified or removed immediately.**

| Name of Account | Date Opened | Account Number | Provide Physical Verification |
|---|---|---|---|
| Veteran's Admn | Oct, 2013 | XXXXXXXXXX0071 | Unverified Account |
| Chase | Jun, 2008 | XXXXXXX9970 | Unverified Account |
| Dept of Ed/Navient | Jan, 2010 | XXXXXXXXXXXXXXX0100 | Unverified Account |
| Dept of Ed/Navient | Feb, 2011 | XXXXXXXXXXXXXXX0110 | Unverified Account |
| Dept of Ed/Navient | Jun, 2011 | XXXXXXXXXXXXXXX0110 | Unverified Account |

* Please remove all **non-account holding inquiries** over 30 days old.
* Please add a **Promotional Suppression** to my credit file.
* I **do not** want a **fraud alert or freeze** put on my credit report.

Thank You,

JOSEPH CELESTINE

   IN WITNESS WHEREOF, the said party has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:        JOSEPH CELESTINE

                                                                                    Signature

STATE OF
COUNTY OF
FLORIDA

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To  EQUIFAX

Street and Apt. No., or PO Box No.  PO BOX 740256

City, State, ZIP+4®  ATLANTA, GA, 30374

Postmark
Here

7016 2710 0000 0303 4174

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

December 28, 2016

Joseph Celestine
1945 SW 22 Ave
Miami, FL, 33145
SSN:  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  |  DOB:  12/17/1975

Experian
P.O. Box 4500
Allen, TX  75013

According to the Fair Credit Reporting Act, **Section 609 (a)(1)(A), you are required by federal law to verify** - through the physical verification of the original signed consumer contract - any and all accounts you post on a credit report.  Otherwise, anyone paying for your reporting services could fax, mail or email in a fraudulent account.

I demand to see Verifiable Proof (**an original Consumer Contract with my Signature on it**) you have on file of the accounts listed below. Your failure to positively verify these accounts has hurt my ability to obtain credit.   Under the FCRA, unverified accounts must be removed and if you are unable to provide me a copy of verifiable proof, you must remove the accounts listed below.

**I demand the following accounts be verified or removed immediately.**

| Name of Account | Date Opened | Account Number | Provide Physical Verification |
|---|---|---|---|
| Dept Of Veterans Affairs | Oct, 2013 | 9959XXXXXXXXXXX | Unverified Account |
| Jpm Chase | Jun, 2008 | XX86XXXXXXXX | Unverified Account |
| Dept of Ed/Navient | Apr, 2014 | 9795XXXXXXXXXXXXXXXXXX | Unverified Account |
| Dept of Ed/Navient | Dec, 2012 | 9795XXXXXXXXXXXXXXXXXX | Unverified Account |
| Dept of Ed/Navient | Jun, 2011 | 9795XXXXXXXXXXXXXXXXXX | Unverified Account |
| Dept of Ed/Navient | Jun, 2011 | 9795XXXXXXXXXXXXXXXXXX | Unverified Account |
| Dept of Ed/Navient | Feb, 2011 | 9795XXXXXXXXXXXXXXXXXX | Unverified Account |
| Dept of Ed/Navient | Feb, 2011 | 9795XXXXXXXXXXXXXXXXXX | Unverified Account |
| Dept of Ed/Navient | Jan, 2010 | 9795XXXXXXXXXXXXXXXXXX | Unverified Account |
| Dept of Ed/Navient | Jan, 2010 | 9795XXXXXXXXXXXXXXXXXX | Unverified Account |

* Please remove all **non-account holding inquiries** over 30 days old.
* Please add a **Promotional Suppression** to my credit file.
* I **do not** want a **fraud alert or freeze** put on my credit report.

Thank You,
JOSEPH CELESTINE

IN WITNESS WHEREOF, the said party has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:     JOSEPH CELESTINE

Signature

STATE OF
COUNTY OF

¹ [LOCELIDA]



**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information. visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To Experian
Street and Apt. No., or PO Box No. P.O. BOX 4500
City, State, ZIP+4® ALLEN, TX, 75013

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

December 28, 2016

Joseph Celestine
1945 SW 22 Ave
Miami, FL, 33145
SSN:  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  |  DOB:  12/17/1975

Trans Union LLC
Consumer Dispute Center
P.O. Box # 2000
Chester, PA. 19022-2000

According to the Fair Credit Reporting Act, **Section 609 (a)(1)(A)**, **you are required by federal law to verify** - through the physical verification of the original signed consumer contract - any and all accounts you post on a credit report.  Otherwise, anyone paying for your reporting services could fax, mail or email in a fraudulent account.

I demand to see Verifiable Proof (**an original Consumer Contract with my Signature on it**) you have on file of the accounts listed below. Your failure to positively verify these accounts has hurt my ability to obtain credit.   Under the FCRA, unverified accounts must be removed and if you are unable to provide me a copy of verifiable proof, you must remove the accounts listed below.

**I demand the following accounts be verified or removed immediately.**

| Name of Account | Date Opened | Account Number | Provide Physical Verification |
|---|---|---|---|
| U.S. Dept Of Vets Affair | Oct, 2013 | XXXXXXX8666 | Unverified Account |
| Jpm Chase | Jun, 2008 | XXXXXXXX9970 | Unverified Account |
| Dept of Ed/Navient | Apr, 2014 | XXXXXXXXXXXXX8201 | Unverified Account |
| Dept of Ed/Navient | Dec, 2012 | XXXXXXXXXXXXX7201 | Unverified Account |
| Dept of Ed/Navient | Jun, 2011 | XXXXXXXXXXXXX5201 | Unverified Account |
| Dept of Ed/Navient | Jun, 2011 | XXXXXXXXXXXXX6201 | Unverified Account |
| Dept of Ed/Navient | Feb, 2011 | XXXXXXXXXXXXX3201 | Unverified Account |
| Dept of Ed/Navient | Feb, 2011 | XXXXXXXXXXXXX4201 | Unverified Account |
| Dept of Ed/Navient | Jan, 2010 | XXXXXXXXXXXXX1201 | Unverified Account |
| Dept of Ed/Navient | Jan, 2010 | XXXXXXXXXXXXX2201 | Unverified Account |

* Please remove all **non-account holding inquiries** over 30 days old.
* Please add a **Promotional Suppression** to my credit file.
* I **do not want** a **fraud alert or freeze** put on my credit report.

Thank You,

JOSEPH CELESTINE
    IN WITNESS WHEREOF, the said party has signed and sealed these presents the day and year
first above written.

Signed, sealed and delivered in the presence of:     JOSEPH CELESTINE

Signature

STATE OF
COUNTY OF

1 FLORIDA



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com™*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To *TRANSUNION L.L.C*
Street and Apt. No., or PO Box No. *P.O. BOX # 2000*
City, State, ZIP+4® *CHESTER PA 19022-2000*

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**JOSEPH CELESTINE**

Plaintiff

-v-

**JPMORGAN CHASE BANK, N.A.**

Defendant.

_____/

# EXHIBIT 4

# JOSEPH CELESTINE FOURTH LETTER TO CHASE

February 1, 2017

Joseph Celestine
1945 SW 22 Ave
Miami, FL, 33145
SSN: 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  |  DOB: 12/17/1975

Equifax
P.O. Box 740256
Atlanta, GA  30374

**Please be advised this is my SECOND WRITTEN REQUEST.** The unverified items listed below remain on my **credit report and credit file** in violation of Federal Law. You are required under the FCRA to have a copy of the original creditors documentation on file to verify that this information is mine and is correct. In the results of your first investigation, you stated in writing on January 12, 2017 that you **"verified"** that these items are being **"reported correctly"**?

However, you have **NOT** provided me a copy of **ANY** original verifiable validated documentation required under **Section 609 (a)(1)(A) & Section 611 (a)(1)(A)** (a consumer contract with my signature on it) and under **Section 611 (5)(A)** of the FCRA – you are required to **"...promptly DELETE all information which cannot be verified."** If you cannot comply with Section 609 (a)(1)(A) and the information remains unverified, you must remove the information listed.

The law is very clear as to the Civil liability and the remedy available to me for "negligent noncompliance" (**Section 617**) if you fail to comply. **I am a litigious consumer and fully intend on pursuing litigation in this matter to enforce my rights under the FCRA in Federal Court.**

**I demand the following accounts be verified or deleted immediately, and provide me with a copy of my credit report and credit file.**

| Name of Account | Date Opened | Account Number | Provide Physical Verification |
|---|---|---|---|
| Veteran's Admn | Oct 01, 2013 | 995910986660071 | Unverified Account |
| Chase | Jun 01, 2008 | XX865SM09970 | Unverified Account |
| Dept of Ed/Navient | Apr 18, 2014 | 97959777551E00820140 | Unverified Account |
| Dept of Ed/Navient | Dec 17, 2012 | 97959777551E00720121 | Unverified Account |
| Dept of Ed/Navient | Jun 20, 2011 | 97959777551E00620110 | Unverified Account |
| Dept of Ed/Navient | Jun 20, 2011 | 97959777551E00520110 | Unverified Account |
| Dept of Ed/Navient | Feb 04, 2011 | 97959777551E00420110 | Unverified Account |
| Dept of Ed/Navient | Feb 04, 2011 | 97959777551E00320110 | Unverified Account |
| Dept of Ed/Navient | Jan 28, 2010 | 97959777551E00220100 | Unverified Account |
| Dept of Ed/Navient | Jan 28, 2010 | 97959777551E00120100 | Unverified Account |

\* Please remove all **non-account holding inquiries** over 30 days old.
\* I **do not** want a **fraud alert or freeze** put on my credit report.

Thank You,

JOSEPH CELESTINE

IN WITNESS, WHEREOF, the said party has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of: JOSEPH CELESTINE

Signature

STATE OF FLORIDA
COUNTY OF MIAMI-DADE



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

ATLANTA, GA 30374

Certified Mail Fee   $3.35

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)         $ $0.00
- ☐ Return Receipt (electronic)       $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required          $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

$0.00
0130
11

Postmark
Here

Postage   $0.49

Total Postage and Fees   $3.84

02/01/2017

Sent To   EQUIFAX

Street and Apt. No., or PO Box No.   P.O. BOX 740256

City, State, ZIP+4®   ATLANTA, GA 30374

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7015 1730 0000 4466 7971

February 1, 2017

Joseph Celestine
1945 SW 22 Ave
Miami, FL, 33145
SSN: 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  |  DOB: 12/17/1975

Experian
P.O. Box 4500
Allen, TX 75013

**Please be advised this is my SECOND WRITTEN REQUEST.** The unverified items listed below remain on my **credit report and credit file** in violation of Federal Law. You are required under the FCRA to have a copy of the original creditors documentation on file to verify that this information is mine and is correct. In the results of your first investigation, you failed to **"verify"** in writing on January 12, 2017 that you **"verified"** that these items are being **"reported correctly"?**

However, you have **NOT** provided me a copy of **ANY** original verifiable validated documentation required under **Section 609 (a)(1)(A) & Section 611 (a)(1)(A)** (a consumer contract with my signature on it) and under **Section 611 (5)(A)** of the FCRA -- you are required to **"...promptly DELETE all information which cannot be verified."** If you cannot comply with Section 609 (a)(1)(A) and the information remains unverified, you must remove the information listed.

The law is very clear as to the Civil liability and the remedy available to me for "negligent noncompliance" (**Section 617**) if you fail to comply. **I am a litigious consumer and fully intend on pursuing litigation in this matter to enforce my rights under the FCRA in Federal Court.**

**I demand the following accounts be verified or deleted immediately, and provide me with a copy of my credit report and credit file.**

| Name of Account | Date Opened | Account Number | Provide Physical Verification |
|---|---|---|---|
| Dept Of Veterans Affairs | Oct 01, 2013 | 995910986660071 | Unverified Account |
| Jpm Chase | Jun 01, 2008 | XX865SM09970 | Unverified Account |
| Dept of Ed/Navient | Apr 18, 2014 | 97959777551E00820140 | Unverified Account |
| Dept of Ed/Navient | Dec 17, 2012 | 97959777551E00720121 | Unverified Account |
| Dept of Ed/Navient | Jun 20, 2011 | 97959777551E00620110 | Unverified Account |
| Dept of Ed/Navient | Jun 20, 2011 | 97959777551E00520110 | Unverified Account |
| Dept of Ed/Navient | Feb 04, 2011 | 97959777551E00420110 | Unverified Account |
| Dept of Ed/Navient | Feb 04, 2011 | 97959777551E00320110 | Unverified Account |
| Dept of Ed/Navient | Jan 28, 2010 | 97959777551E00220100 | Unverified Account |
| Dept of Ed/Navient | Jan 28, 2010 | 97959777551E00120100 | Unverified Account |

* Please remove all **non-account holding inquiries** over 30 days old.
* I **do not** want a **fraud alert or freeze** put on my credit report.

Thank You,

JOSEPH CELESTINE

    IN WITNESS, WHEREOF, the said party has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of: JOSEPH CELESTINE

Signature

STATE OF FLORIDA
COUNTY OF MIAMI-DADE



**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

ALLEN, TX 75013

| Certified Mail Fee | | 0130 |
| $3.35 | $0.00 | 11 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage
$ $0.49

Total Postage and Fees          02/01/2017
$ $3.84

Sent To *Experian*
Street and Apt. No., or PO Box No. *PO BOX 4500*
City, State, ZIP+4 *ALLEN, TX 75013*

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7015 1730 0000 4466 7964

February 1, 2017

Joseph Celestine
1945 SW 22 Ave
Miami, FL, 33145
SSN: 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  |  DOB: 12/17/1975

Trans Union LLC Consumer Dispute Center
P.O. Box # 2000
Chester, PA. 19022-2000

**Please be advised this is my SECOND WRITTEN REQUEST.**  The unverified items listed below remain on my **credit report and credit file** in violation of Federal Law.  You are required under the FCRA to have a copy of the original creditors documentation on file to verify that this information is mine and is correct.  In the results of your first investigation, you stated in writing on January 12, 2017 that you **"verified"** that these items are being **"reported correctly"**?

However, you have **NOT** provided me a copy of **ANY** original verifiable validated documentation required under **Section 609 (a)(1)(A) & Section 611 (a)(1)(A)** (a consumer contract with my signature on it) and under **Section 611 (5)(A)** of the FCRA – you are required to *"...promptly DELETE all information which cannot be verified."*  If you cannot comply with Section 609 (a)(1)(A) and the information remains unverified, you must remove the information listed.

The law is very clear as to the Civil liability and the remedy available to me for "negligent noncompliance" (**Section 617**) if you fail to comply. **I am a litigious consumer and fully intend on pursuing litigation in this matter to enforce my rights under the FCRA in Federal Court.**

**I demand the following accounts be verified or deleted immediately, and provide me with a copy of my credit report and credit file.**

| Name of Account | Date Opened | Account Number | Provide Physical Verification |
|---|---|---|---|
| U.S. Dept Of Vets Affair | Oct 01, 2013 | 995910986660071 | Unverified Account |
| Jpm Chase | Jun 01, 2008 | XX865SM09970 | Unverified Account |
| Dept of Ed/Navient | Apr 18, 2014 | 97959777551E00820140 | Unverified Account |
| Dept of Ed/Navient | Dec 17, 2012 | 97959777551E00720121 | Unverified Account |
| Dept of Ed/Navient | Jun 20, 2011 | 97959777551E00620110 | Unverified Account |
| Dept of Ed/Navient | Jun 20, 2011 | 97959777551E00520110 | Unverified Account |
| Dept of Ed/Navient | Feb 04, 2011 | 97959777551E00420110 | Unverified Account |
| Dept of Ed/Navient | Feb 04, 2011 | 97959777551E00320110 | Unverified Account |
| Dept of Ed/Navient | Jan 28, 2010 | 97959777551E00220100 | Unverified Account |
| Dept of Ed/Navient | Jan 28, 2010 | 97959777551E00120100 | Unverified Account |

* Please remove all **non-account holding inquiries** over 30 days old.
* I **do not** want a **fraud alert or freeze** put on my credit report.

Thank You,

JOSEPH CELESTINE

      IN WITNESS, WHEREOF, the said party has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of: JOSEPH CELESTINE

_____
Signature

STATE OF FLORIDA
COUNTY OF MIAMI-DADE



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

CRUM LYNNE, PA 19022

| Certified Mail Fee | | |
|---|---|---|
| $ $3.35 | | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | | |
| $ $0.49 | | |
| Total Postage and Fees | | |
| $ $3.84 | | |

0130
11

Postmark
Here

02/01/2017

Sent To *TRANSUNION*

Street and Apt. No., or PO Box No. *P.O. BOX 2000*

City, State, ZIP+4® *CHESTER, PA 19022-2000*

7015 1730 0000 4466 7988

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**JOSEPH CELESTINE**

      Plaintiff

-v-

**JPMORGAN CHASE BANK, N.A.**

     Defendant.

_____/

# **EXHIBIT 5**

# **JOSEPH CELESTINE CREDIT REPORTS FROM EQUIFAX, EXPERIAN, AND TRANSUNION**

# EQUIFAX

**CREDIT FILE : May 15, 2015**
**Confirmation # 5125028258**

P. O. Box 105518
Atlanta, GA 30348

000000294 F0ECA0516150301090000 01 000000
001941679-3083
Joseph L Celestine
1945 SW 22nd Ave
Miami, FL 33145-2663

Dear Joseph L Celestine:

Below are the results of your reinvestigation request and, as applicable, any revision to your credit file. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425-7961 from 9:00am to 5:00pm Monday-Friday in your time zone.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

Visit us at **www.equifax.com/CreditReportAssistance** or Call us at 866-349-5186.

Thank you for giving Equifax the opportunity to serve you.

## The Results Of Our Reinvestigation

### Credit Account Information

(For your security, the last 4 digits of account number(s) have been replaced by *)
(This section includes open and closed accounts reported by credit grantors)

| Account History | | | |
|---|---|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender | |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession | |
| Status Code | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| Descriptions | 4 : 120-149 Days Past Due | H : Foreclosure | |

>>> **We have researched the credit account. Account # - XX865SM0* The results are:** We verified that this item belongs to you. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **JPM Chase, PO Box 7013, Indianapolis IN 46207-7013**
**Phone: (800) 489-5005**

Chase   PO Box 7013 Indianapolis IN 46207-7013 ; (800) 489-5005

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification | Date Closed |
|---|---|---|---|---|---|---|---|---|---|
| XX865SM0* | 06/01/2008 | $36,539 | $0 | | Monthly | 43 | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Actual Payment Amount | Date of Last Pymt | Scheduled Payment Amount | Date of 1st Delinquency | Date Maj. Del, 1st Paid | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/15/2015 | $0 | $0 | | | $0 | 03/2014 | 07/2014 | $0 | | $0 | |

Status - Charge Off; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Joint Account;   ADDITIONAL INFORMATION - Transferred to Recovery; Charged Off Account; Student Loan;

| Account History with Status Codes | L | 3 | 3 | 2 | 1 | 2 | 1 | 2 | 1 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 04/2015 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 04/2014 | 12/2014 | 11/2012 | | |

( Continued On Next Page )

5125028258APPLADM-001941679- 3083 - 9392



**Experian**
A world of insight

Prepared for: **JOSEPH LAZURUS CELESTINE**
Date: **April 03, 2015**
Report number: **2272-2462-84**

Page 7 of 18

Your accounts that may be considered negative (continued)

**JPM CHASE**
PO BOX 7013
INDIANAPOLIS IN 46207
**Phone number**
(800) 489 5005
**Partial account number**
XX865SM0.....
**Address identification number**
0072377798

| | Date opened | Type | Credit limit or | Responsibility |
|---|---|---|---|---|
| | Jun 2008 | Education | original amount | Joint with |
| | **First reported** | **Terms** | $36,539 | JOSEPH CAMBRONNE |
| | Dec 2011 | 235 Months | **High balance** | **Status** |
| | **Date of status** | **Monthly** | Not reported | Paid, Closed. $38,167 written off. |
| | Jul 2014 | **payment** | **Recent balance** | **Comment** |
| | | Not reported | Not reported | Account previously in dispute - investigation complete, reported by data furnisher |

**Comment:**
Transferred to recovery.
This item was updated from our processing of your dispute in Apr 2015.

Payment history

| | | 2014 | | | | | | | | | | | 2013 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL |
| | CO | CO | CO | CO | CO | CO | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 2012 | | | | | | | | | | | | 2011 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC |
| ND | ND | ND | ND | ND | ND | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Account history** - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

**DPR** = Date payment received   **AB** = Account balance ($)   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

| | Jun14 | May14 | Apr14 | Mar14 | Feb14 | Jan14 | Dec13 | Nov13 | Oct13 | Sep13 | Aug13 | Jul13 | Jun13 | May13 | Apr13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AB** | 38,069 | 37,766 | 37,474 | 37,171 | 36,898 | 36,585 | 36,319 | 36,052 | 35,776 | 35,509 | 35,233 | 34,957 | 34,690 | 34,414 | 34,147 |
| **DPR** | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| **SPA** | 357 | 357 | 357 | 357 | 347 | 347 | 347 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 |
| **AAP** | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

▲ The original amount of this account was $36,539

**NAVY FEDERAL CR UNION**
PO BOX 3700
MERRIFIELD VA 22119
**Phone number**
(888) 842 6328
**Partial account number**
4300027400.....
**Address identification number**
0073184346

| | Date opened | Type | Credit limit or | Responsibility |
|---|---|---|---|---|
| | Sep 2007 | Auto Loan | original amount | Individual |
| | **First reported** | **Terms** | $53,452 | **Status** |
| | Jul 2008 | 84 Months | **High balance** | Account charged off. $53,470 written off. $53,517 past due as of Apr 2015. |
| | **Date of status** | **Monthly** | Not reported | |
| | Jun 2009 | **payment** | **Recent balance** | This account is scheduled to continue on record until Oct 2015. |
| | | Not reported | $53,517 as of Apr 2015 | **Comment** |

Completed investigation of FCRA dispute - consumer disagrees.
This item was updated from our processing of your dispute in Apr 2015.

0184230182

File Number: 320495057
Date Issued: 04/15/2015

 **TransUnion**

### -Begin Credit Report-

## Personal Information

You have been on our files since 11/01/2002

**SSN:** XXX-XX-8666

**Date of Birth:** 12/17/1975

### Names Reported: JOSEPH LAZURUS CELESTINE

### Addresses Reported:

| Address | Date Reported | Address | Date Reported |
|---|---|---|---|
| 1945 SW 22ND AVE, MIAMI, FL 33145-2663 | 07/31/2010 | 2941 SW 1ST AVE, MIAMI, FL 33129-2749 | 10/30/2009 |
| 11161 SW 154TH PL, MIAMI, FL 33196-4532 | 09/01/2006 | 14909 SW 80TH ST APT 103, MIAMI, FL 33193-3149 | 08/01/2006 |
| 10370 SW 212TH ST APT 102, CUTLER BAY, FL 33189-3081 | | 12596 SW 88TH ST, MIAMI, FL 33186-1866 | 09/04/2006 |
| 2521 LINCOLN ST APT 109, HOLLYWOOD, FL 33020-3957 | 01/31/2015 | 7969 NW 2ND ST, MIAMI, FL 33126-8018 | 10/31/2014 |
| 2575 DELK RD SE APT 1320A, MARIETTA, GA 30067-6528 | 04/01/2014 | 1801 SW 23RD TER, MIAMI, FL 33145-3829 | 06/30/2013 |
| 3395 GRAND AVE APT 9, MIAMI, FL 33133-5049 | 06/30/2009 | 7969 NW 2ND ST APT 272, MIAMI, FL 33126-8018 | 11/29/2014 |
| 8841 W FLAGLER ST APT 209, MIAMI, FL 33174-2421 | 10/31/2011 | 3300 NE 192ND ST, MIAMI, FL 33180-2427 | 12/11/2008 |

### Telephone Numbers Reported:

(305) 495-7144    (305) 417-2329    (305) 273-4585    (786) 439-7595    (305) 971-4399    (305) 804-0098    (305) 386-1604

### Employment Data Reported:

| Employer Name | Date Verified |
|---|---|
| MUSIC ACADEMY OF CORAL GABLES | 12/01/2004 |

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Adverse Accounts

**CHASE** #XX865SM0**** ( PO BOX7013, MAIL CODE IN1-0103, INDIANAPOLIS, IN 46207, (800) 489-5005 )

| | | | | |
|---|---|---|---|---|
| Date Opened: | 06/30/2008 | Balance: | $0 | **Pay Status:** ›Account paid in Full; was a Charge-off‹ |
| Responsibility: | Joint Account | Date Updated: | 06/11/2014 | **Terms:** $0 per month, paid Monthly for 235 months |
| Account Type: | Installment Account | Payment Received: | $0 | **Date Closed:** 06/11/2014 |
| Loan Type: | STUDENT LOAN | High Balance: | $36,539 | ›Maximum Delinquency of 90 days in 05/2014‹ |

**Remarks:** DISP INVG COMP-RPT BY GRNTR; ›TRANSFERRED TO RECOVERY‹; ›UNPAID BALANCE CHARGED OFF‹

**Estimated month and year that this item will be removed:** 02/2021

| Rating | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 90 | 90 | 90 | OK | OK | OK | X | X | X | X | X | X |

| Rating | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | X | X | X | X | X | X | X | X | X |

| Rating | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OK | X | X | X | X | X | X | X | X | X | X | X |

| Rating | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | X | X | X | X | | | | | |

**NAVY FEDERAL CR UN** #4300027400**** ( POB 3700, MERRIFIELD, VA 22119-3700, (888) 842-6328 )

| | | | | |
|---|---|---|---|---|
| Date Opened: | 09/19/2007 | Balance: | $53,517 | **Pay Status:** ›Charged Off‹ |
| Responsibility: | Individual Account | Date Updated: | 04/09/2015 | **Terms:** $929 per month, paid Monthly for 84 months |
| Account Type: | Installment Account | Last Payment Made: | 01/01/2009 | ›Maximum Delinquency of 120 days in 04/2009 and in 05/2009‹ |
| Loan Type: | AUTOMOBILE | High Balance: | $53,452 | |
| | | Past Due: | ›$53,517‹ | |

**Remarks:** DISP INVG COMP-CONSUM DISAGRS; ›UNPAID BALANCE CHARGED OFF‹

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**JOSEPH CELESTINE**

     Plaintiff

-v-

**JPMORGAN CHASE BANK, N.A.**

     Defendant.

_____/

# **<u>EXHIBIT 6</u>**

# **JOSEPH CELESTINE DEFERMENT FAX COVER LETTER TO CHASE**

# I Request SCRA Benefit and Military Deferment

Student Loan Account: XX865SM099

Attn:  Thomas F. Dixon

866-421-2390

Thomas.F.Dixon@Chase.com

From: Joseph L. Celestine

Jalva321@gmail.com

305-417-2329

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**JOSEPH CELESTINE**

     Plaintiff

-v-

**JPMORGAN CHASE BANK, N.A.**

    Defendant.

_____/

# <u>EXHIBIT 7</u>

# CALLS LOGS CHASE





**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**JOSEPH CELESTINE**

     Plaintiff

-v-

**JPMORGAN CHASE BANK, N.A.**

    Defendant.

_____/

# <u>EXHIBIT 8</u>

# LETTER FROM CHASE/NATIONAL RECOVERY GROUP



JPMorgan Chase Bank, N.A.
P.O. Box 29505
Phoenix, AZ  85038-9505

February 06, 2015

52548 0008667 002 S302
CELESTINE,JOSEPH
7969 NW 2ND ST # 272
MIAMI FL  33126-8018

RE:     Account No. XX865SM09970
        Balance:  $38,167.09
        Creditor: JPMorgan Chase Bank, N.A.

## SETTLEMENT OPPORTUNITY!

Dear CELESTINE,JOSEPH:

We would like to take this opportunity to extend an offer to settle your account. JPMorgan Chase Bank, N.A. has reported your account as an unpaid charge off to the credit reporting agencies. You may now have the opportunity to clear an outstanding debt for less than the full current balance you owe us, allowing us to update your credit history to reflect such payment.

Your current account balance is $38,167.09. JPMorgan Chase Bank, N.A. is willing to accept a substantially reduced amount of the current balance as settlement with no further obligation in regard to this debt. This is a limited time offer so please contact us immediately at 1-888-271-9620 for details.

We would encourage you to call us and learn about the offer immediately. Once you have reached an agreement with us and paid the settlement amount, JPMorgan Chase Bank, N.A. will provide an update to the credit reporting agencies to reflect the settlement with no additional balance being owed. IRS requires certain amounts that are discharged as a result of the cancellation of debt to be reported on a Form 1099-C. You will receive a copy of the Form 1099-C if one is required to be filed with the IRS.

This is a great opportunity to resolve your financial obligation. If after you learn of our offer, you are unable to accept, we are willing to consider other payment arrangements. Please call us! If we cannot reach a mutually acceptable agreement, we may use a third party agency to assist in collecting the debt.

Sincerely,
National Recovery Group
1-888-271-9620

The purpose of this letter is to assist us in collecting this debt and any information obtained will be used for that purpose.

S302

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**JOSEPH CELESTINE**

     Plaintiff

-v-

**JPMORGAN CHASE BANK, N.A.**

    Defendant.

_____/

# <u>EXHIBIT 9</u>

# VETERANS ADMINISTRATION UNITED HOME LOAN DENIAL LETTER



1/22/2015

Dear Joseph,

After careful review, I regret to inform you that Veterans United Home Loans is unable to proceed with your loan application at this time. This notice does not adversely affect your credit score or your ability to obtain a loan in the future and will not be reported to the bureaus.

Though I cannot continue with your current loan application, this does not have to be the end of your path to homeownership. There are steps you can take that could help improve your chances of qualifying for a home loan moving forward.

Please do not hesitate to contact me with any questions.

Sincerely,


Sara Kraus
VA Mortgage Specialist
Phone: 573-876-2600 4728
Email: Sara.Kraus@veteransunited.com

Veterans Benefits Administration                                     Circular 26-14-39
Department of Veterans Affairs                                       December 9, 2014
Washington, D.C. 20420

### 2015 Department of Veterans Affairs County Loan Limits

1. <u>Purpose</u>.  This Circular announces the 2015 county loan limits (<u>Department of Veterans Affairs (VA) Loan Limits</u>), in the event Public Law 110-389 expires on December 31, 2014.

2. <u>Background</u>.  Currently, VA's maximum guaranty amounts are governed by 38 U.S.C. § 3703(a)(1)(C), and are statutorily indexed to the loan limits established by the Federal Housing Finance Agency (FHFA) in 12 U.S.C. §1454(a)(2) for Freddie Mac.  These limits are based on median house prices reported by the Federal Housing Administration each year.  The FHFA conforming loan limits currently range from a base of $417,000 to a high-cost-area limit of $625,500.

   a.  The statutory authority was granted to VA in 2008, under Public Law 110-389, and is currently set to expire on December 31, 2014.  Once the authority expires, VA's effective loan limits will reset to FHFA's limits.

3. <u>Interest Rate Reduction Refinancing Loans (IRRRLs)</u>.  The county loan limits do NOT apply to IRRRLs.  VA will guarantee 25 percent of the principal balance on an IRRRL, regardless of whether the loan exceeds the limit for the particular county.

4. <u>Possible Impact of Lower Loan Limits</u>.  VA does not have a maximum loan amount.  Therefore, lenders may make loans greater than the loan limit; however, the Veteran may be required to make a downpayment.  In instances where the Veteran may be required to make a downpayment, the Veteran would still have a cost savings in comparison to other loan products.

   a.  <u>Example</u>.  The 2015 VA loan limit for Bibb County, Alabama, is $417,000.  This means that if the Veteran has full entitlement, VA will provide a 25 percent guaranty on the loan up to $417,000.  If a Veteran has a contract to purchase a home in the amount of $480,000, the lender may require the Veteran to make a downpayment of 25 percent of the $63,000 difference, which would be $15,750, providing the lender a full 25 percent guaranty.  Note: In the same example, a borrower using a conventional loan product would have to pay a downpayment up to $111,000.

5. <u>Loan Applications in Process</u>.  In instances where a county loan limit has decreased, VA will honor the previous higher limit on a purchase loan provided the sales contract has been ratified by all parties and the Uniform Residential Loan Application (URLA) is signed by both parties prior to January 1, 2015.  If the borrower is originating a non-IRRRL refinance loan, the URLA must be signed by the lender and the borrower prior to January 1, 2015, and provided to VA with a time stamp substantiating the date the URLA was printed.

### (LOCAL REPRODUCTION AUTHORIZED)

Circular 26-14-39                                                    December 9, 2014

   6.  <u>Lender Actions after Closing</u>.  After receiving the Loan Guaranty Certificate, lenders are required to upload a copy of the ratified contract, URLA and HUD-1 into the WebLGY system. The lender will then contact the VA Regional Loan Center of jurisdiction to request an adjustment to the loan limit.

   7.  <u>Rescission</u>:  This Circular is rescinded January 1, 2016.

                                          By Direction of the Under Secretary for Benefits

                                          Michael J. Frueh
                                          Director, Loan Guaranty Service

Distribution: CO: RPC 2021
SS (26A1) FLD: VBAFS, 1 each (Reproduce and distribute based on RPC 2021)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**JOSEPH CELESTINE**

     Plaintiff

-v-

**JPMORGAN CHASE BANK, N.A.**

     Defendant.

_____/

# <u>EXHIBIT 10</u>

# SOUTHERN AUTO FINANCE COMPANY DENIAL LETTER

Southern Auto Finance Company
6700 North Andrews Avenue, Suite 500
Ft Lauderdale, FL 33309



*Southern Auto Finance Company*



006872
0101

JOSEPH CELESTINE
7969 NW 2ND ST
MIAMI, FL 33126-8018

01/20/2015

Dear Joseph Celestine:

Thank you for your recent credit application to Southern Auto Finance Company (SAFCo). After carefully reviewing your application, SAFCo is sorry to advise you that SAFCo can not extend vehicle financing to you at this time.

If you would like a statement of specific reasons why your credit application was denied, please contact us at the address or telephone number listed below within sixty (60) days of the date of this letter and SAFCo will provide you with a written statement of the reason for denial within thirty (30) days of our receipt of your request for confirmation.

Southern Auto Finance Company
P.O. Box 590188
Ft. Lauderdale, FL 33359
(877) 820-9080

If SAFCo obtained information from a consumer reporting agency as part of our consideration of your application, the name, address and toll free telephone number for the consumer reporting agency is stated below. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You also have a right to a free copy of your report from the consumer reporting agency, if you request it no later than sixty (60) days after you recieve this notice. In addition, if you find that any information contained in the report you recieved is inaccurate or incomplete, you have the right to dispute the matter with the consumer reporting agency.

Equifax Consumer US
P.O. Box 740241

Atlanta, GA 30374
(800) 685-1111
www.equifax.com

INFORMATION ABOUT YOUR CREDIT SCORE
We also obtained your credit score from this consumer reporting agency and used it in making our credit decision.
Your Credit Score is a number that reflects the information on your Credit Report. Your Credit Score can change, depending on how the information in your Credit Report changes.

Your Credit Score: 592
Date:  Jan 14 2015 06:51PM
Score range from a low of 250 to a high of 900.
Key factors that adversely affected your Credit Score:
Serious delinquency
Level of delinquency on accounts
Proportion of balances to credit limits is too high on bank revolving or other revolving accounts
Proportion of loan balances to loan amounts is too high

NOTICE
The Federal Equal Credit Opportunity Act prohibits creditors from discriminating agains credit applicants on the basis of race, color, religion, national origin, sex, marital status, age(provided the applicant had the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission at Federal Trade Commission Equal Credit Opportunity Washington, DC 20580.

140014

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**JOSEPH CELESTINE**

     Plaintiff

-v-

**JPMORGAN CHASE BANK, N.A.**

    Defendant.

_____/

# **EXHIBIT 11**

# **CARE CREDIT FOR HEALTH DENIAL LETTER**





## THANK YOU FOR YOUR APPLICATION.

**You can always try again.**

And you can always add a joint applicant when you re-apply for the CareCredit credit card.

### Thank you for your application for a(n) CareCredit account.
### Your reference number for this application is: 068322038

UNFORTUNATELY YOUR APPLICATION HAS BEEN DECLINED AT THIS TIME.
please contact your CareCredit Provider to discuss other payment options.

This is your written notice of denial for credit. Synchrony Bank is required to provide this Adverse Actions Notice. You will not receive any additional written notice.



WHY WERE YOU DECLINED?
We regret that we are unable to approve your request at this time.
The most significant reason(s) the application was declined are listed below:

- high ratio accounts 30+ days past due to accounts opened 3+ months ago
- lack of recently established revolving accounts
- too few revolving accounts
- accounts in collection or 60 days past due or adverse public records

We obtained information from a consumer reporting agency as part of our consideration of your application; its name, address and telephone number is shown below. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You also have a right to a free copy of your report from the credit reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the credit reporting agency.

**Trans Union**
2 Baldwin Place
PO Box 1000
Chester, PA 19022
800-888-4213

Information about your External Credit Score used in this evaluation for credit
In addition, we also obtained an external credit score from the consumer reporting agency indicated above and used it in making our credit decision. If more than one agency is listed the credit score was obtained from the first listed agency. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes. The credit score below was developed using standard industry methods and was used to evaluate your application. The credit score may differ from the score you obtain from a consumer reporting agency.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**JOSEPH CELESTINE**

      Plaintiff

-v-

**JPMORGAN CHASE BANK, N.A.**

      Defendant.

_____/

# **EXHIBIT 12**

# **JOSEPH CELESTINE FIRST AFFIDAVIT**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**JOSEPH CELESTINE**

     Plaintiff

-v-

**JPMORGAN CHASE BANK, N.A.**

     Defendant.

_____/

### JOSEPH CELESTINE'S FIRST AFFIDAVIT IN SUPPORT OF COMPLAINT

Comes now, JOSEPH CELESTINE (Affiant) whom is a Natural Person, being competent to testify and being over the age of 18 years, and of sound mind, after first being duly sworn according to law to tell the truth to the facts related herein, and swears, attests, affirms, deposes and states:

1.    That JPMORGAN CHASE BANK, N.A. account was opened on or about June 1, 2008

2.    That through information and belief my JPMORGAN CHASE BANK, N.A. account was in deferment from June 1, 2008 to November 1, 2011 the day I obtained my degree.

3.    That I discovered several derogatory items on my JPMORGAN CHASE BANK, N.A. account on March 18, 2015.

4.    That on March 18, 2015 I sent my first dispute letters of all deragatory items in JPMORGAN CHASE BANK, N.A. account to all three (3) Credit Bureaus EXPERIAN, EQUIFAX, and TRANSUNION.

5.    That I waited 40 days for all three (3) Credit Bureaus EXPERIAN, EQUIFAX, and TRANSUNION including JPMORGAN CHASE BANK, N.A. to respond to my dispute.

6.     That all three (3) Credit Bureaus EXPERIAN, EQUIFAX, and TRANSUNION including JPMORGAN CHASE BANK, N.A. did not provide verifiable proof in response to my first letter.

7.     That on or about April 28, 2015 40 days after first dispute, I sent my second dispute letters of all deragatory items in JPMORGAN CHASE BANK, N.A. account to all three (3) Credit Bureaus EXPERIAN, EQUIFAX, and TRANSUNION.

8.     That all three (3) Credit Bureaus EXPERIAN, EQUIFAX, and TRANSUNION including JPMORGAN CHASE BANK, N.A. did not provide verifiable proof in response to my second letter.

9.     That all three (3) Credit Bureaus EXPERIAN, EQUIFAX, and TRANSUNION including JPMORGAN CHASE BANK, N.A. after not providing verifiable proof in response to my first and second letter, did not delete the derogatory items I disputed in my first and second letters as required under the Fair Credit Reporting Act.

10.    That I was denied a home loan on January 22, 2015 for $417,000 from the Veteran's Administration United Home loans due to JPMORGAN CHASE BANK, N.A. derragatory unverified account.

11.    That I was denied a car loan on January 20, 2015 from Southern Auto Finance Company for $30,000 due to JPMORGAN CHASE BANK, N.A. derragatory unverified account.

12.    That I was denied a credit card on February 1, 2017 from Care Credit health for $15,000 due to JPMORGAN CHASE BANK, N.A. derragatory unverified account.

13.    That on December 31, 2016 I sent my third dispute letters of all deragatory items in JPMORGAN CHASE BANK, N.A. account to all three (3) Credit Bureaus EXPERIAN, EQUIFAX, and TRANSUNION.

14.     That on February 1, 2017 I sent my Fourth dispute letters of all deragatory items in JPMORGAN CHASE BANK, N.A. account to all three (3) Credit Bureaus EXPERIAN, EQUIFAX, and TRANSUNION.

155.    That I disputed a total of one hundred and five (105) items disputed with all three (3) Credit Bureaus EXPERIAN, EQUIFAX, and TRANSUNION., as to the JPMORGAN CHASE BANK, N.A. account that have not been verified by EQUIFAX, EXPERIAN, TRANSUNION, and JPMORGAN CHASE BANK, N.A. and continued to appear from April 18, 2015 to March 2017 for a total of twenty-four (24) months, for a total of two thousand five hundred and twenty (2,520) willful violations under the Fair Credit Reporting Act.

15.     That JPMORGAN CHASE BANK, N.A. has superior knowledge of finance and legalese and were/are aware of the consequences of not verifying my account and not removing a total of two thousand five hundred and twenty (2,520) willful violations under the Fair Credit Reporting Act.

16.     That JPMORGAN CHASE BANK, N.A. and its representatives called my phone number (305) 417-2329 Nineteen (19) times, after I asked them to cease and desist all communications on or about 8:15 pm on March 19, 2014.

17.     That I detrimentally relied on the statements and misrepresentations made by Thomas F. Dixon regarding military deferrment, and at all time believed that Thomas F. Dixon represented JPMORGAN CHASE BANK, N.A.

18.     That I have suffered and will continue to suffer expenses and/or time spent on monitoring my credit report and being denied credit for a home loan of $417,000, a car loan of $30,000, a Health Care Credit Card of $15,000, along with a diminished credit rating with EXPERIAN, EQUIFAX and TRANSUNION.

19.    That I have suffered and will continue to suffer other forms of injury and/or harm
including, but not limited to, anxiety, emotional distress, loss of privacy, and other economic and
non-economic losses.


STATE OF FLORIDA                    )

                                    ) ss J U R A T

COUNTY OF MIAMI-DADE                )


SUBSCRIBED SWORN, AND AFFIRMED BEFORE ME, a Notary Public, on this _____

day of _____3 - 9_____, 2017, by _____Person_____,

proved to me on the basis of satisfactory evidence to be the man who appeared before me.

_____Joseph Celestine_____, NOTARY PUBLIC


Notary Signature

_____                    Seal:

Notary printed name

    Onelio   Cejas

My Commission expires: _7-13 2019_


_____

JOSEPH CELESTINE