# EXHIBIT "B"

| | |
|---|---|
| **From:** | Joseph Celestine <jalva321@gmail.com> |
| **Sent:** | Wednesday, June 20, 2018 8:40 PM |
| **To:** | Rabinowitz, Jessica D. |
| **Subject:** | Exhibit B - Re: Celestine v Chase |

Mrs. Rabinowitz,

You are incorrect, we already discussed this prior to Chase filing their motion for attorneys' fees, and again during our settlement discussion, where I made it very clear that you are not entitled to attorney fees. The way I see it, we already conferred twice. However, if you need me to refresh your memory. Let this email confirm that I am opposed to any attorneys' fees and I have filed a motion in opposition. I consider this matter closed, do not email again regarding this matter or I will consider it harassment and notify the court, since this is the third time you bring this matter to my attention, when I've asked you to stop the second time.

Joseph Celestine

On Wed, Jun 20, 2018 at 7:27 PM, Rabinowitz, Jessica D. <jrabinowitz@stroock.com> wrote:

Mr. Celestine,

We have not heard from you regarding the Motion for Attorneys' Fees that Chase served on June 11. We are available tomorrow after 3 p.m. or Friday morning to confer on the motion if you would like.

**Jessie Rabinowitz**
Associate

STROOCK

200 South Biscayne Boulevard, Suite 3100, Miami, FL 33131
D: 305 789 9338

jrabinowitz@stroock.com | vCard | www.stroock.com

1