UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOSEPH CELESTINE,                                            CASE NO.: 1:17-cv-20915-KMM

      Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

      Defendant.
_____/

**REQUEST FOR JUDICIAL NOTICE IN CONJUNCTION WITH DEFENDANT JPMORGAN CHASE BANK, N.A.'S VERIFIED MOTION FOR ATTORNEYS' FEES**

Defendant JPMorgan Chase Bank, N.A. ("JPMC") respectfully requests that this Court take judicial notice of the following documents, pursuant to Federal Rule of Evidence 201(b), in conjunction with JPMC's concurrently filed Verified Motion for Attorneys' Fees.  True and correct copies of the documents are attached as follows:

    1.    Complaint filed by plaintiff Joseph Celestine ("Plaintiff") on January 19, 2017, in the case captioned <u>Joseph Celestine v. Capital One, et al.</u>, U.S. District Court for the Southern District of Florida, Case No. 17-cv-20237, ECF No. 1, a copy of which is attached hereto as Exhibit 1.

    2.    Complaint filed by Plaintiff on November 25, 2014, in the case captioned <u>Joseph Celestine v. Unique Automotive LLC, et al.</u>, U.S. District Court for the Southern District of Florida, Case No. 17-cv-20237, ECF No. 1, a copy of which is attached as Exhibit 2.

    3.    Motion to Dismiss filed by Capital One on March 8, 2017, in the case captioned <u>Celestine v. Capital One</u>, U.S. District Court for the Southern District of Florida, Case No. 17-cv-20237, ECF No. 30, a copy of which is attached as Exhibit 3.

4. The Order on Plaintiff's Motion for Entry of Award of Attorney's Fees entered on February 2, 2018, in the case captioned HSBC Mortgage Services, Inc. v. Deborah Grier, et al., Hernando County, Florida, Case No. 2009-CA-004670, a copy of which is attached as Exhibit 4.

Under Federal Rule of Evidence 201(b), the Court may take judicial notice of facts that are "not subject to reasonable dispute" because they are either: (1) "generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). "Courts may take judicial notice of public records, such as a pleading filed in another court, because such documents are 'capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.'" Navarro v. City of Riviera Beach, 192 F.Supp.3d 1353, 1364 (S.D. Fla. 2016) (quoting Bryant v. Avado Brands, Inc., 187 F.3d 1271, 1278 (11th Cir. 1999)).

Dated: July 10, 2018

By: /s/ *Jessica D. Rabinowitz*
Brian C. Frontino
Florida Bar No. 95200
Jessica D. Rabinowitz
Florida Bar No. 106163
STROOCK & STROOCK & LAVAN LLP
200 South Biscayne Boulevard, Suite 3100
Miami, Florida 33131
Telephone: (305) 358-9900
Facsimile: (305) 789-9302
bfrontino@stroock.com
jrabinowitz@stroock.com
lacalendar@stroock.com

Attorneys for Defendant
*JPMorgan Chase Bank, N.A.*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on July 10, 2018 on Plaintiff via electronic and U.S. Mail at the addresses identified in the Service List below.

/s/ *Jessica D. Rabinowitz*
Jessica D. Rabinowitz, Esq.

**SERVICE LIST**

Joseph Celestine
1801 SW 23 Terrace
Miami, Florida 33145
jalva321@gmail.com

*Plaintiff*