# EXHIBIT "4"

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR HERNANDO COUNTY, FLORIDA

CIVIL DIVISION

CASE NO. 2009-CA-004670

HSBC MORTGAGE
SERVICES, INC., etc., *et al.*,

    Plaintiff,

vs.

DEBORAH GRIER; WILLIAM K.
GRIER, *et al.*,

    Defendants.

_____/

## ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF AWARD OF ATTORNEY'S FEES

**THIS CAUSE** came for hearing before the Court on January 11, 2018, on the Motion for Entry of Award of Attorneys' Fees of plaintiff HSBC Mortgage Services Inc. ("HMSI"). Having reviewed the file, heard argument of counsel, considered the testimony of HMSI's expert witness, and being otherwise fully advised in the premises, the Court finds:

1. On March 17, 2016, the Fifth District Court of Appeal entered an order dismissing the appeal of defendants Deborah and William Grier (together, "Defendants") and granting HMSI's Motion for Sanctions pursuant to Florida Statutes section 57.105(1), holding that Defendants and their counsel, Andy Treusch, each were liable for one half of HMSI's attorneys' fees incurred as a result of the appeal, the amount to be determined upon remand to this Court.

2. Based upon the record evidence, HMSI incurred $37,016.55 in legal fees, $4,400 in expert fees, and $492.43 in costs. The standard hourly rates charged by counsel for HMSI -- $270 (paralegal), $475 (senior associate), $710 (partner) --[1] are reasonable for handling an

---

[1] HMSI received a discounted rate on certain invoices, which has been accounted for in the total amounts set forth herein.

- 1 -

appeal in the Fifth District Court of Appeal and given HMSI's counsel's level of experience. The standard $550 hourly rate charged by HMSI's expert -- Nicholas A. Shannin, Esq.-- is also reasonable. Likewise, the total hours billed -- 3.9 (paralegal), 65.8 (senior associate), 11.9 (partner), 8 (expert) -- are reasonable under the circumstances.

Based on the foregoing, it is hereby **ORDERED AND ADJUDGED**:

1) HMSI's Motion for Entry of Award of Attorneys' Fees is GRANTED.

2) Final judgment is entered in HMSI's favor and against **ANDY TREUSCH, ESQ., DEBORAH GRIER and WILLIAM GRIER,** as set forth below, with all amounts stated herein accruing interest at the legal rate until fully paid.

3) HMSI shall recover from **ANDY TREUSH, ESQ. $20,954.49** plus pre-judgment interest in the amount of **$1,865.01**, for all of which let execution issue.

4) HMSI shall recover from **DEBORAH GRIER and WILLIAM GRIER**, jointly, **$20,954.49** plus pre-judgment interest in the amount of **$1,865.01**, for all of which let execution issue.

5) Pursuant to Florida Rule of Civil Procedure 1.560, **ANDY TREUSCH, ESQ., DEBORAH GRIER and WILLIAM GRIER,** as judgment debtors, shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on HMSI's counsel within 45 days, unless the judgment is satisfied within 45 days.

6) Jurisdiction of this case is retained to enter further orders that are proper to compel **ANDY TREUSCH, ESQ., DEBORAH GRIER and WILLIAM GRIER** to complete Form 1.977, including all required attachments, and serve it on HMSI's counsel, for enforcement of the judgment and for the assessment of post-judgment interest.

LA 52128197

**DONE AND ORDERED** in Chambers at Brooksville, Hernando County, Florida, this 2nd day of February, 2018.

*[signature]*
Honorable Daniel B. Merritt, Sr.

cc: All counsel of record

*Diane Hagert - 2/2/18*

LA 52128197