UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-20915-KMM

JOSEPH CELESTINE,

     Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

     Defendant.

_____/

## **ORDER**

THIS CAUSE came before the Court upon Defendant J.P. Morgan Chase Bank, N.A.'s ("Defendant") Motion for Attorneys' Fees ("Motion") (ECF No. 113) and Plaintiff Joseph Celestine's Motion to Strike ("Strike Motion") (ECF No. 116). The Court referred both motions to the Honorable Lauren F. Louis, United States Magistrate Judge, who issued a Report and Recommendation (ECF No. 123) recommending that the Motion be granted in part and that the Strike Motion be denied. No objections were filed and the time in which to do so has passed.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3).

UPON CONSIDERATION of the Motion, the Strike Motion, the Report and Recommendation, the pertinent portions of the record, and being otherwise fully advised in the premises, the Report and Recommendation (ECF No. 123) is ADOPTED and Defendant's Motion for Attorneys' Fees (ECF No. 113) is hereby GRANTED IN PART. Defendant shall be awarded $27,367.20 in total fees as set forth in the Report and Recommendation. Plaintiff's

Strike Motion (ECF No. 116) is also DENIED for the reasons set forth in the Report and Recommendation.

DONE AND ORDERED in Chambers, at Miami, Florida this  13th  day of November, 2018.

K. MICHAEL MOORE
UNITED STATES CHIEF DISTRICT JUDGE

c: All counsel of record